AO 106 (Rev. 04/10) Application for a Search Warrant

# UNITED STATES DISTRICT COURT
for the
District of South Carolina

In the Matter of the Search of
*(Briefly describe the property to be searched or identify the person by name and address)*

INFORMATION THAT IS STORED AND CONTROLLED BY META PLATFORMS, INC. REGARDING FACEBOOK ACCOUNT IMANISIMMONS

Case No. 6:24cr904

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:

See affidavit and attachments to affidavit

located in the _____ District of ___South Carolina___, there is now concealed *(identify the person or describe the property to be seized)*:

See affidavit and attachments to affidavit

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
- ☑ evidence of a crime;
- ☑ contraband, fruits of crime, or other items illegally possessed;
- ☑ property designed for use, intended for use, or used in committing a crime;
- ☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 1591 | Sex Trafficking of a Minor |
| 18 U.S.C. 2422 | Transportation for Purposes of Prostitution |

The application is based on these facts:

See affidavit and attachments to affidavit

- ☑ Continued on the attached sheet.
- ☐ Delayed notice of ___ days (give exact ending date if more than 30 days: _____) is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
Applicant's signature

Daniel B. Hittner, Special Agent-HSI
Printed name and title

Sworn to before me and signed in my presence.

Date: 8/20/24

_____
Judge's signature

City and state: Greenville, South Carolina      U.S. Magistrate Judge Kevin F. McDonald
Printed name and title